FILED

10/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0385

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0385

_____

JAMIE MICHAEL JOHNSON,

      Petitioner and Appellant,

  v.                               O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

      Appellant has filed a motion for a 60-day extension of time to file his opening brief in the referenced matter.

      IT IS ORDERED that the motion for extension is GRANTED.  Appellant has until January 8, 2021, within which to file his opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 21 2020